ARTHUR L. MARTIN V. THE STATE.

No. 24116. October 20, 1948.

Hon. Frank Williford, Jr., Judge Presiding.

Appellant represented himself.

A. C. Winborn, Criminal District Attorney and E. T. Branch, Assistant Criminal District Attorney, both of Houston, and Ernest S. Goens, State's Attorney, of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction was as a second offender for drunk driving of an automobile upon a public highway. Punishment assessed at confinement in the penitentiary for one year.

Appellant has filed his affidavit with this court advising that he does not further desire to prosecute his appeal and at his request the same is dismissed.